# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052020061824
LOCAL REGISTRATION NUMBER: 3202019013926

### DECEDENT'S PERSONAL DATA

- 1. NAME OF DECEDENT—FIRST (Given): ERIC
- 2. MIDDLE: ESTEBAN
- 3. LAST (Family): BRICENO
- AKA: -
- 4. BIRTH mm/dd/ccyy: XXXX/1980
- 5. AGE Yrs.: 39
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CALIFORNIA
- 10. SOCIAL SECURITY NUMBER: xxx-xx-7506
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 03/16/2020
- 8. HOUR (24 Hours): 1655
- 13. EDUCATION: 10
- 14/15. HISPANIC/LATINO: YES MEXICAN-AMERICAN
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: MACHINES
- 18. KIND OF BUSINESS OR INDUSTRY: INDUSTRIAL
- 19. YEARS IN OCCUPATION: 5

### USUAL RESIDENCE

- 20. DECEDENT'S RESIDENCE: 4301 E 58TH STREET
- 21. CITY: MAYWOOD
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 90270
- 24. YEARS IN COUNTY: 39
- 25. STATE/FOREIGN COUNTRY: CALIFORNIA

### INFORMANT

- 26. INFORMANT'S NAME, RELATIONSHIP: BLANCA BRICENO, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: 4301 E 58TH STREET, MAYWOOD, CA 90270

### SPOUSE/SRDP AND PARENT INFORMATION

- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF FATHER/PARENT—FIRST: JUAN
- 32. MIDDLE: MANUEL
- 33. LAST: BRICENO
- 34. BIRTH STATE: MEXICO
- 35. NAME OF MOTHER/PARENT—FIRST: BLANCA
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): GARCIA
- 38. BIRTH STATE: MEXICO

### FUNERAL DIRECTOR/LOCAL REGISTRAR

- 39. DISPOSITION DATE: 03/31/2020
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE BLANCA BRICENO, 4301 E 58TH STREET, MAYWOOD, CA 90270
- 41. TYPE OF DISPOSITION(S): CR/RES
- 42. SIGNATURE OF EMBALMER: BRIAN HEMPHILL
- 43. LICENSE NUMBER: EMB9004
- 44. NAME OF FUNERAL ESTABLISHMENT: ALLEN - ENGLISH & ESTRADA FUNERAL SERVICE
- 45. LICENSE NUMBER: FD743
- 46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS, M.D.
- 47. DATE: 03/25/2020

### PLACE OF DEATH

- 101. PLACE OF DEATH: ST FRANCIS MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 3630 EAST IMPERIAL HWY
- 106. CITY: LYNWOOD

### CAUSE OF DEATH

- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): DEFERRED
  - (B):
  - (C):
  - (D):
- 108. DEATH REPORTED TO CORONER?: YES — REFERRAL NUMBER 2020-02301
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: NO

### PHYSICIAN'S CERTIFICATION

- 114. (blank)
- 115. SIGNATURE AND TITLE OF CERTIFIER: (blank)
- 116. LICENSE NUMBER: (blank)
- 117. DATE: (blank)
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: (blank)

### CORONER'S USE ONLY

- 119. MANNER OF DEATH: Pending Investigation (X)
- 120. INJURED AT WORK?: (blank)
- 121. INJURY DATE: (blank)
- 122. HOUR: (blank)
- 123. PLACE OF INJURY: (blank)
- 124. DESCRIBE HOW INJURY OCCURRED: (blank)
- 125. LOCATION OF INJURY: (blank)
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE
- 127. DATE: 03/24/2020
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE, DEP. CORONER

STATE REGISTRAR: *010001004489715*

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



002386698

Health Officer and Registrar

DATE ISSUED: APR -1 2020

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**