R. Samuel Paz (SBN 62373)
**Law Offices of R. Samuel Paz**
5711 W. Slauson, Suite 100
Culver City, California 90230
Telephone: (310) 410-2981
E-mail: samuelpaz@msn.com

**John Burton (SBN 86029)**
**The Law Offices of John Burton**
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Email: jb@johnburtonlaw.com

Attorneys for Plaintiff JUAN MANUEL BRICENO, Individually
And as Successor in Interest.

Sonia M. Mercado (SBN 117069)
**Sonia Mercado & Associates**
5711 W. Slauson, Suite 100
Culver City, California 90230
Telephone: (310) 210-4445
E-mail: soniamer2002@yahoo.com

Attorneys for Plaintiff the ESTATE OF ERIC ESTEBAN BRICENO, Deceased, Through His Successor In Interest Blanca L. Briceno and BLANCA L. BRICENO Individually And As Successor In Interest.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ERIC ESTEBAN BRICENO, Deceased, through his successor in interest Blanca Luisa Briceno and BLANCA LUISA BRICENO individually and as successor in interest; and JUAN MANUEL BRICENO, Individually and as Successor in Interest,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF ALEX VILLANUEVA, and DOES 1 to 10,<br><br>   Defendants. | Case No. 2:21-cv-01388<br><br>Assigned to Hon.<br><br><br>**DECLARATION OF JUAN MANUEL BRICENO SUCCESSOR IN INTEREST PURSUANT TO Cal. Civ. Code §§ 377.20 and 377.60, et seq.** |

**TO THE HONORABLE COURT:**

I, Juan Manuel Briceno, declare as follows:

1. I am over the age of 18 years. The facts contained herein are within my personal knowledge and if called as a witness in this matter, I would and could competently testify thereto.

2. I make this Declaration pursuant to Code of Civil Procedure, section §377.32 to allow me to commence any and all actions related to my deceased son, Eric Esteban Briceno, and claims related to his wrongful death and negligence of defendants, and violations of his civil rights and rights under 42 U.S.C. §1983, and federal and state laws.

14  Eric Esteban Briceno was my natural son born on _____, 1980, and he died in Los Angeles County, California on March 16, 2020. Eric was mentally ill and on this day he had a mental health relapse, which was manifested with frustration and resulted in a brief, minor altercation with me. Following instructions of County mental health providers, I called 911 for mental-health help for Eric. Sheriff Officers, who eventually responded to our home, entered Eric's bedroom and beat him with batons and repeatedly tasered him. He was subsequently taken to Saint Frances Medical Center, where he was pronounced deceased.

3. There is no proceeding now pending in California or elsewhere for administration of decedent's estate. He was unmarried and died without children.

4. Decedent's natural mother, Blanca Briceno and I, are the authorized sole successors in interests and heirs at law, pursuant to California Law to act on behalf of his Estate and his interests in this action or proceeding.

5. No other person has a superior right to commence or proceed with this action or to be substituted for Decedent's interest in this action.

6. I have agreed that for purposes of simplicity, my wife, Blanca Briceno will represent the Estate of Eric Esteban Briceno in this action.

7. Attached to Blanca Briceno's Declaration as Successor in Interest is a correct certified copy of Eric Esteban Briceno's Birth Certificate and of his certified Death Certificate.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct and of my personal knowledge.

Executed this ____ day of January 2021, in Los Angeles County, California

By: *[signature]*

JUAN MANUEL BRICENO

---

**3 | DECLARATION OF JUAN MANUEL BRICENO SUCCESSOR IN INTEREST**