1  R. Samuel Paz (SBN 62373)
   **Law Offices of R. Samuel Paz**
2  5711 W. Slauson, Suite 100
   Culver City, California 90230
3  Telephone: (310) 410-2981
   E-mail: samuelpaz@msn.com
4
   Attorneys for Plaintiff JUAN MANUEL BRICENO, Individually
5  And as Successor in Interest.

6  Mark Pachowicz (SBN 138108)
   **Pachowicz | Goldenring, APLC**
7  6050 Seahawk St.
   Ventura, CA 93003
8  Tel: (805) 642-6702
   E-mail: mark@pglaw.law
9
   Sonia M. Mercado (SBN 117069)
10 **Sonia Mercado & Associates**
   5711 W. Slauson, Suite 100
11 Culver City, California 90230
   Telephone: (310) 210-4445
12 E-mail: soniamer2002@yahoo.com

13 Attorneys for Plaintiff the ESTATE OF ERIC ESTEBAN
   BRICENO, Deceased, Through His Successor In Interest Blanca Luisa Briceno
14 and BLANCA LUISA BRICENO Individually And As Successor In Interest.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ERIC ESTEBAN BRICENO, et al.,<br><br>      Plaintiffs,<br><br>      vs.<br><br>COUNTY OF LOS ANGELES, et al,<br><br>      Defendants. | **CASE NO. 2:21-cv-01388-SB-Ex**<br><br>Hon. Stanley Blumenfeld, Jr.<br><br>**JOINT STATEMENT OF THE CASE TO READ TO THE JURY**<br><br>**Final Pre-Trial Conf.**<br>Date:         07/22/2022<br>Time:         10:00 a.m.<br>Crtrm:        6C<br>                   350 W. 1st Street<br>**Trial**<br>Date:         08/9/2022<br>Time:         8:30 a.m.<br>Crtrm:        6C |

## STATEMENT OF THE CASE

This civil rights action is brought by the Estate of Eric Briceno, Blanca Briceno and Juan Briceno. Blanca and Juan Briceno are the parents of their deceased son, Eric. Plaintiffs allege Eric was mentally disabled and incapable of caring for himself. Plaintiffs also allege Eric had lived all his life with his parents under their care, and had also received mental health services from the County. Eric was 39 years old when he died.

The Defendants are the County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, Sergeant Joseph Bernas, Sergeant Isaias Marin, Captain Richard Mejia, Deputy Jennifer Romero, Deputy Danny Galvez, Deputy David Vaca, Deputy Nathaniel Trujillo, Deputy Steven Martinez, Deputy Andrew Magallanes, Deputy Hilda Ruiz, Deputy Joana Palombi, Deputy Miguel Leon, and Deputy An Luu.

Plaintiffs allege that on March 16, 2020, Eric Briceno suffered a mental health relapse and got into an altercation with his father and left the home. His parents called 9-1-1 for help as they had previously been told to do by the County. As instructed, when Eric returned home, his parents (Juan and Blanca) called 9-1-1. Four deputies (Deputies Romero, Galvez, Vaca and Trujillo) responded to the call. The deputies entered the house and found Eric sleeping on his bed. Mrs. Briceno observed the deputies kick, punch, strike, taser, handcuff and pepper spray her son. The deputies carried Eric to the living room where paramedics found him handcuffed on his chest—his face blue. No one had started CPR before the paramedics arrived. Eric was taken to the hospital where he was pronounced dead. Mrs. Briceno was handcuffed and taken to the East Los Angeles Station; Mr. Briceno's phone was taken and he was taken by separate patrol car to the station. There, they waited for hours to be questioned by detectives without being told Eric was dead.

Defendants deny Plaintiffs' allegations. They assert that they acted reasonably and lawfully at all relevant times.

DATED: _____ _____

                                      HON. STANLEY BLUMENFELD, JR.
                                      UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT.**

Dated: July 7, 2022     **LAW OFFICES OF R. SAMUEL PAZ**

                                   /s/ R. Samuel Paz
                          By: _____
                          R. Samuel Paz, Counsel for Plaintiff Juan Manuel Briceno

Dated: July 7, 2022     **PACHOWICZ | GOLDENRING, APLC**

                                   /s/ Mark R. Pachowicz
                          By: _____
                          Mark R. Pachowicz, Counsel for Plaintiffs Estate Of Eric Esteban Briceno, Deceased, Through His Successor In Interest Blanca Luisa Briceno And Blanca Luisa Briceno Individually.

Dated: July 7, 2022     **SONIA MERCADO & ASSOCIATES**

                                   /s/ Sonia M. Mercado
                          By: _____
                          Sonia M. Mercado, Co-Counsel for Plaintiffs Estate Of Eric Esteban Briceno, Deceased, Through His Successor In Interest Blanca Luisa Briceno And Blanca Luisa Briceno Individually.

Dated: July 7, 2022     **HURRELL CANTRALL LLP**

                                   /s/ Diane Martinez
                          By: _____
                          Thomas C. Hurrell
                          Diane Martinez
                          Attorneys for All Defendants

      Pursuant to Local Rule 5-4.3.4 (a) (2) (i), as the filer herein, I Sonia Mercado attest that all of the signatories listed in this filing, and on whose behalf the filing is submitted, concur in the filing's content and authorize their signature be added to this document.

                                       /s/ Sonia M. Mercado